DECLARATION

I, Tashero Williams, pursuant to U.S.C. §1746, hereby declare as follows:

1. I am above the age of 18 and am of sound mind.

2. I have been living at the Tucker and Market encampment for around a month.

3. I was staying at St. Patrick Center before.

4. I have been unhoused for about three years.

5. I chose to stay near Tucker and Market because in my opinion it was more safe and comfortable than other places around the City.

6. There is more lighting here, and more traffic, which means that it is safer because there are more people around.

7. Soon after we set up our tents, around five bike officers showed up in our encampment and told us that we had to move up and join the 14th and Market Street encampment. The officer told us that we would be subject to arrest for being in violation of the parks 10 pm curfew.

8. A couple days later, Lieutenant Boyher came to our encampment in the morning and told us that we had two days to vacate the premises. He said, the Mayor is disgusted that she sees our tents over here and that we would either have to go to the 14th encampment or put our tents on City Hall property."

9. I told him that does not make sense, because if she is disgusted with us over here, she is going to be even more disgusted when we are on City Hall property.



PLAINTIFF'S EXHIBIT

D

10.  He said, "I am just giving you fair warning that we are going to enforce the 10 o'clock curfew."

11.  Later that same day, Steve Conway came over and told us that we now had to leave that very night before 10:00 pm, or we would be subject to arrest.

12.  Steve Conway also told me that our property would be removed at 4 am the next morning.

13.  Steve Conway also gave me a sheet of paper, which stated that we can go to St. Patrick Center for housing.

14.  I told him that it was funny that he told me they just printed those papers, because St. Patrick Center had been closed due to quarantine.

15.  At 4:00 am the next morning, we woke up at the Tucker and Market encampment to see if they police and the park department were going to come and remove us and the tents.

16.  When we woke up, we noticed that there were a lot of cops and dump trucks up at the other encampment, at 14th and Market, and that they tried to remove them from there.

17.  I was never offered shelter or a motel since I have been living at Market and Tucker. I was told by City officials that I am the problem because I was letting my community know about the criteria for some of the motel housing options and some of the issues there.

18.  I feel that the City was wrong in trying to remove us when they could have put us in an adequate or decent hotel or motel, or a shelter with a housing option after the time at the shelter is over, so we are not just back out on the streets.

Under the penalty of perjury, I declare the above listed statements to be true and accurate.

_____                    <u>April 30, 2020</u>
Tashero Williams                                    Date