# DECLARATION

I, Ranata Frank, pursuant to U.S.C. §1746, hereby declare as follows:

1. I currently reside in St. Louis City in a tent near the intersection of Tucker and Market in downtown St. Louis.

2. I have been staying at this encampment for approximately a month.

3. I was staying near Soulard before, but came to Tucker and Market because there was food available here.

4. I have been unhoused on and off since November 2019 after moving here from Peoria, Illinois.

5. I have tried to work for temp services but due to COVID-19 it became difficult to keep a job.

6. Now I go to the plasma center to donate plasma and get money. I get $30 a week, because I can only donate two times a week. The plasma center is located on North Hanley.

7. I have tried to sign up and access a shelter space numerous times since November 2019.

8. Initially, I was told I need a referral to get to a shelter. I went to St. Patrick Center and Gateway 180 and I called a few other shelters in East St. Louis. Each place told me that I needed a referral.

9. I even went personally to St. Patrick Center, because I did not have a phone at that time, and they still told me I needed a referral.

10. When I called to get a referral, I was told that I was denied because they were full.

11. Gateway 180 told me they were full over the phone, and the woman on the phone told me to "stay warm."



PLAINTIFF'S EXHIBIT E

12. I have also tried to get shelter since living at Market Street and Tucker. I called a referral number in early April. I was told there was no space available. I believe I called St. Patrick Center.

13. I also tried to get a hotel room by signing up for one.

14. Around three weeks ago a man from City Hall came to where I live at Tucker and Market almost every day asking me why I am still out here.

15. I told him that I did not have a place to go. He seemed hostile. I got scared and put my name on a list for the hotel. They told me they were offering two hotels.

16. Since I signed up for the hotel three weeks ago, I have seen numerous City officials at the camp, including the man I signed up with.

17. Each time I told them that their people never came to get me or provide me a hotel.

18. I was told by the City official multiple times that his people would contact me. They never did.

19. Most recently, yesterday when the City officials tagged my tent, I was told again by this man that his "people" would get in touch with me.

20. They still have not done so.

21. I am still living in a tent in the park.

22. I am scared about the police coming here.

23. I don't have anywhere to go.

24. I don't want to go to jail.

Under the penalty of perjury, I declare the above listed statements to be true and accurate.

_____
Ranata Frank

April 30, 2020
Date