UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| RANATA FRANK, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 4:20-cv-597 |
| THE CITY OF ST. LOUIS, | ) ) ) | |
| Defendant. | ) ) | |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order, it is ORDERED that the motion is GRANTED. Defendant City of St. Louis is hereby restrained from forcibly removing individuals located in the public park in downtown St. Louis between Tucker Avenue and 18th Streets and between Market and Chestnut Streets unless Plaintiffs have provided accessible and appropriate shelter accommodations to each of the individuals experiencing homelessness who is currently sheltering in the park. Defendant is additionally restrained from issuing any municipal citations or criminal citations to homeless individuals living in the above-referenced public park until accessible and appropriate shelter accommodations have been provided to each individual.

Ordered this _____ day of _____, 2020

_____
United States District Judge