UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANATA FRANK, on behalf of herself and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY OF ST. LOUIS, <br><br> Defendant. | Case No.  4:20-cv-597 |

## [PROPOSED] BOND ORDER

This matter is before this Court following an order granting a temporary restraining order against Defendant City of St. Louis. After reviewing the evidence, for the reasons stated by the Court on the record,

IT IS HEREBY ORDERED that the Plaintiff shall not be required to post a bond or security, as the Court finds that the Defendant is unlikely to sustain costs or damages if it is determined that it has been wrongfully enjoined, as well as the other reasons stated in the Memorandum in Support of Plaintiff's Motion for a Temporary Restraining Order.

Dated: _____          _____
                                                                             U.S. DISTRICT JUDGE