**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| RANATA FRANK, on behalf of herself and all others similarly situated, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>THE CITY OF ST. LOUIS, )<br>)<br>Defendant. ) | Case No.  4:20-cv-597 |

## ENTRY OF APPEARANCE

Lee R. Camp, No. 67072MO, and ArchCity Defenders, Inc. enter their appearance on behalf of Plaintiff Ranata Frank in the above-styled cause.

Dated: May 1, 2020

Respectfully submitted,

By:     /s/ Lee R. Camp
ARCHCITY DEFENDERS, INC.

Lee R. Camp (MBE #67072MO)
Attorney for Plaintiff
440 N. 4th Street, Suite 390
Saint Louis, MO 63102
lcamp@archcitydefenders.org
314-361-8834
314-925-1307 (fax)