UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, etc., et al., | ) |
| | ) |
| Plaintiffs, | ) Case No. 4:20-cv-597 |
| | ) JURY TRIAL DEMANDED |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

ENTRY OF APPEARANCE

Robert H. Dierker, Associate City Counselor, hereby enters appearance as counsel for defendant City of St. Louis.

Respectfully submitted,

/s/Robert H. Dierker 23671(MO)
314 City Hall
1200 Market St.
St. Louis, MO 63103
dierkerr@stlouis-mo.gov
314-622-3361


cc:  Plaintiff's counsel