### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, et al. | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Cause No.:  4:20-cv-597 |
| | ) |
| THE CITY OF SAINT LOUIS | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE

COMES NOW Jacqueline Kutnik-Bauder of ArchCity Defenders, Inc. and hereby enters her appearance as attorney of record for Plaintiff in the above captioned matter.

Date Submitted: May 1, 2020             Respectfully Submitted,

*/s/ Jacqueline Kutnik-Bauder*
Jacqueline Kutnik-Bauder (MBE #45014MO)
**ARCHCITY DEFENDERS, INC.**
440 N. 4th, St. Suite 390
St. Louis, MO 63102
P: 855-724-2489
F: 314-925-1307
jkutnikbauder@archcitydefenders.org
*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was delivered to the court and all parties of record via the Electronic Court Filing system.

*/s/ Shannon Besch*