UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANATA FRANK, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No:  4:20-cv-597 |
| ) | |
| THE CITY OF ST. LOUIS ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ENTRY OF APPEARANCE

COMES NOW John Bonacorsi of ArchCity Defenders and hereby enters his appearance as attorney of record for Plaintiff in the above captioned matter.

Respectfully Submitted,

*/s/ John Bonacorsi*
John Bonacorsi, 71794
ArchCity Defenders
440 N 4th Street, Suite 390
St. Louis, MO 63102
(314) 361-8834, ext. 1018
(314) 925-1307 (fax)
jbonacorsi@archcitydefenders.org

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing was delivered to the court and all parties of record via the Electronic Court Filing system.

/s/ John Bonacorsi