## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

Ranata Frank

_____,       )
            **Plaintiff (s),**         )
                                       )            4:20-cv-597
  **v.**                               )       **Case No.**
                                       )
City of St. Louis                      )
_____,       )
            **Defendant(s).**          )

## NOTICE OF INTENT TO USE
## PROCESS SERVER

**Comes now** \_\_\_\_Plaintiff\_\_\_\_ **and notifies the court of the intent to use**
        **(Plaintiff or Defendant)**

\_\_\_\_David Condor\_\_\_\_
**(name and address of process server)**

\_\_\_\_4740 Candlegrow Drive\_\_\_\_

\_\_\_\_St. Louis, MO 63129\_\_\_\_

**To serve:** \_\_\_\_City of St. Louis_____**in the**
         **(name of defendants to be served by this process server)**

**above-styled cause.  The process server listed above possesses the**

**requirements as stated in Rule 4 of the Federal Rules of Civil Procedure.**

**The undersigned affirms the information provided above is true and correct.**

\_\_\_05/01/2020\_\_\_                               \_\_\_Lee R. Camp\_\_\_
   **(date)**                                    **(attorney for Plaintiff)**


                                                 _____
                                                 **(attorney for Defendant)**