# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANATA FRANK, on behalf of herself ) <br> and all others similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 4:20-CV-00597 <br> ) <br> v. ) <br> ) <br> ) <br> THE CITY OF ST. LOUIS, ) <br> ) <br> Defendant. ) | |

## ENTRY OF APPEARANCE

COMES NOW, Deputy City Counselor Michael A. Garvin, and hereby enters his appearance in this matter for Defendant City of St. Louis.

Respectfully submitted,

JULIAN L. BUSH,
CITY COUNSELOR

/s/ Michael A. Garvin

Michael A. Garvin, #39817 MO
Deputy City Counselor
Attorney for Defendant
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103
Phone: (314) 640-0130
Fax: (314) 622-4956
GarvinM@stlouis-mo.gov

**Certificate of Service**

    The undersigned hereby certifies that on May 1, 2020 a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system to all attorneys of record.

                        /s/ Michael A. Garvin