UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| RANATA FRANK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE CITY OF ST. LOUIS,<br><br>Defendant. | )<br>)<br>)<br>)<br>)   Case No. 4:20-CV-00597<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## Memorandum

Comes now Defendant City of St. Louis, by and through counsel, and submits the affidavits of Dr. Fredrick Echols, Stephen Conway, City of St. Louis Ordinance 58262 and City Code Section 22.18 in opposition to plaintiff's Motion for Temporary Restraining Order.

1

Respectfully submitted,

JULIAN L. BUSH,
CITY COUNSELOR

/s/ Michael A. Garvin

Michael A. Garvin, #39817 MO
Deputy City Counselor
Robert H. Dierker, #23671 MO
Associate City Counselor
Attorneys for Defendant
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103
Phone: (314) 640-0130
Fax: (314) 622-4956
GarvinM@stlouis-mo.gov
DierkerR@stlouis-mo.gov

## Certificate of Service

The undersigned hereby certifies that on May 1, 2020 a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system to all attorneys of record.

/s/ Michael A. Garvin