## AFFIDAVIT OF DR. FREDRICK ECHOLS

I, Dr. Fredrick Echols, being duly sworn and upon my oath, state as follows:

1. I am a physician and employed as Director of Health & Hospitals/Health Commissioner by the City of St. Louis.

2. Pursuant to authority granted to me by the Revised Charter of the City of St. Louis ("Charter"), I have issued multiple emergency orders and executed multiple emergency contracts, all for the purpose of protecting the public health, safety and well-being during the ongoing COVID-19 pandemic.

3. Among other things, I made arrangements and agreements on behalf of the City of St. Louis to provide COVID-19 testing, infection control education, personal protective equipment, shelter and social services for the homeless. These measures were necessary to suppress or mitigate a contagious disease pursuant to Art. XIII, section 14-C (c) of the Charter

4. I executed agreements with three hotels in the City of St. Louis to provide guest rooms for the homeless. There are currently 50 or more such rooms available and unoccupied.

5. I also executed an agreement to utilize facilities previously operated by the Little Sisters of the Poor, commonly known as the "Tower" and "convent," as temporary shelter for the homeless during the COVID-19 pandemic. These facilities provide shelter as well as an area to quarantine those who test positive for COVID-19. There are currently 17 or more vacant spots at this facility.

6. City officials have also renovated an existing recreation center to accommodate the homeless during the pandemic. There are 28 or more vacant spots at that facility.

7. I have viewed the homeless encampments along Market Street in downtown St. Louis multiple times during the last several days. I observed deplorable, unsafe and unsanitary conditions. Among other things, individuals were not maintaining at least six-feet social distancing from other individuals; and more than 10 people were often assembled together for social gatherings. This conduct was contrary to guidelines and order issued by federal and state officials, as well as my Stay at Home Order issued for the City of St. Louis pursuant to my Charter authority.

8. The homeless encampments along Market Street pose a serious risk to the health and safety of the occupants and the public. COVID-19 is highly contagious and the encampments will promote the spread of the virus if they remain open.

9. With other City officials, a plan was implemented on April 30, 2020 to test all of the encampment occupants for COVID-19. Those who test positive will be provided medical care or isolated, depending on their symptoms and state of health. Those who test negative will be provided transportation, shelter, food and social services. These measures are designed to protect the health and well-being of the homeless and the public.

_____
Dr. Fredrick Echols, M.D.

The foregoing Affidavit sworn to and subscribed before me this ___ day of May, 2020.

_____
Notary Public

> DIANE MARCH
> Notary Public - Notary Seal
> State of Missouri
> Commissioned for St. Louis City
> My Commission Expires: January 21, 2023
> Commission Number: 14699525