IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, et al. ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Cause No.:  4:20-cv-597 |
| ) | |
| THE CITY OF SAINT LOUIS ) | |
| ) | |
| Defendant. ) | |

**ENTRY OF APPEARANCE**

COMES NOW Blake A. Strode of ArchCity Defenders, Inc. and hereby enters his appearance as attorney of record for Plaintiff in the above captioned matter.

Date Submitted: May 1, 2020          Respectfully Submitted,

                                      */s/ Blake A. Strode*
                                      Blake A. Strode (MBE #68422MO)
                                      **ARCHCITY DEFENDERS, INC.**
                                      440 N. 4th, St. Suite 390
                                      St. Louis, MO 63102
                                      P: 855-724-2489
                                      F: 314-925-1307
                                      bstrode@archcitydefenders.org
                                      *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing was delivered to the court and all parties of record via the Electronic Court Filing system.

                                      */s/ Blake A. Strode*