UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, etc., et al., | ) |
| | ) |
| Plaintiff, | ) Case No. 4:20-cv-597 |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

MOTION TO DISMISS

Pursuant to F.R.Civ.P. 12(b)(1) and 12(b)(6), defendant City of St. Louis moves to dismiss the complaint herein due to plaintiff's lack of standing and failure to state a claim upon which relief can be granted.

Defendant files a memorandum in support concurrently herewith.

Respectfully submitted,

/s/Robert H. Dierker 23671(MO)
314 City Hall
1200 Market St.
St. Louis, MO 63103
dierkerr@stlouis-mo.gov
314-622-3361