RANATA FRANK, on behalf of herself )
and all others similarly situated,    )
                                       )
            Plaintiff,                 )
                                       )        Case No. 4:20-CV-00597
                                       )
v.                                     )
                                       )
                                       )
THE CITY OF ST. LOUIS,                 )
                                       )
            Defendant.                 )

**MEMORANDUM TO COURT**

Per the Court's instructions, a copy of the Notice of Violations and Order to

Vacate issued by City of St. Louis Health Commissioner is attached hereto.

Respectfully submitted,

JULIAN L. BUSH,
CITY COUNSELOR

/s/ Michael A. Garvin

Michael A. Garvin, #39817 MO
Deputy City Counselor
Attorney for Defendant
Room 314, City Hall
1200 Market Street
St. Louis, MO 63103
Phone: (314) 640-0130
Fax: (314) 622-4956
GarvinM@stlouis-mo.gov

**Certificate of Service**

The undersigned hereby certifies that on May 1, 2020 a true copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system to all attorneys of record.

/s/ Michael A. Garvin




# NOTICE OF VIOLATIONS AND ORDER TO VACATE

1. The encampment located along Market and Chestnut Streets, from Tucker to 18th Street, is a serious health threat to the occupants of, visitors to the encampment and the public at large due to the potential exposure and spread of COVID-19. The communal living and gathering which is occurring at said location includes an extreme lack of social distancing, unsanitary conditions including but not limited to minimal handwashing opportunities, no opportunity for showers, no opportunity for clothes washing, substance misuse, spilled food, all of which combine to make this a high risk location for the spread of COVID-19, other communicable diseases, and rodent infestation.

2. Further, tents may not be used for residential occupancy under the ordinances of the City of St. Louis.

3. The location described above is a St. Louis City Park and occupying the location after 10:00 p.m., and before 6:00 a.m. violates the curfew applicable to city parks.

4. Due to the health risks and ordinance violation noted above, you are hereby notified that tents and personal belongings must be removed by 10:00 a.m. Friday, May 1, 2020.

5. Through outreach over a period of two weeks, shelter and housing has been offered to individuals in the encampment and forty individuals have been placed in housing. Enough housing/shelter openings are available to house the approximately fifty individuals who have been sleeping in the tents in the current encampment. I encourage each individual to work with the Department of Health and the Department of Human Services to avail themselves of these no cost housing opportunities.

6. The Department of Health and its partners will provide medical screening and assistance to all individuals currently occupying the encampment. Referrals and connections to medical and behavioral health providers will also be provided.

# ORDER

By the authority vested in me by Article XIII, Section 14C (c) of the Charter of the City of St. Louis, I hereby order as follows:

1.      Mayor Lyda Krewson has proclaimed that COVID-19, a malignant, infectious, and contagious disease, is prevalent in the City;

2.      I find that tent encampments in the City's parks enhance the danger of infection because appropriate social distancing is not observed in such camps;

3.      It is therefore necessary to close such camps in order to suppress and mitigate COVID-19.  Accordingly, I order that all tent encampments in City parks shall close immediately; and

4.      I further order that any tents and personal items remaining at the locations described above be bagged, tagged and stored at a secure location for up to thirty days.  Occupants may contact Homeless Services at 314-657-1712 to retrieve personal belongings.

Dated:    4/24/2020

Fredrick Echols, M.D.
Director of Health and Hospitals/
Health Commissioner