UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, etc., et al., | ) |
| | ) |
|    Plaintiff, | ) Case No. 4:20-cv-597 |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
|    Defendant. | ) |

MOTION TO SHORTEN TIME FOR RESPONSE TO MOTION TO
DISMISS

   Pursuant to E.D.Mo. Local Rule 1.05, defendant moves the Court to shorten the time for response to defendant's motion to dismiss and any reply as follows:

   Plaintiffs' response to motion to dismiss to be filed by noon on Friday, May 8, 2020;

   Defendant's reply to any response to be filed by noon on Monday, May 11, 2020.

   Defendant files a memorandum in support concurrently herewith.

        Respectfully submitted,
        JULIAN L. BUSH
        CITY COUNSELOR

Michael A. Garvin 39817(MO)
Deputy City Counselor
/s/Robert H. Dierker 23671(MO)
Associate City Counselor
dierkerr@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956