UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, etc., et al., | ) |
| | ) |
| Plaintiff, | ) Case No. 4:20-cv-597 |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM CORRECTING TESTIMONY

Defendant City is obliged to note a misstatement in the testimony of Dr. Fredrick Echols, M.D.  He is not currently licensed to practice medicine.  Due to his role in public health, he stopped seeing patients some time ago and did not maintain licensure.  This Memorandum is filed at the direction of the Court in response to e-mail notification to the Clerk and opposing counsel.

    Respectfully submitted,
    JULIAN L. BUSH
    CITY COUNSELOR

    Michael A. Garvin 39817(MO)
    Deputy City Counselor
    /s/Robert H. Dierker 23671(MO)
    Associate City Counselor

dierkerr@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956