UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RANATA FRANK, etc., et al., | ) |
| | ) |
| Plaintiff, | ) Case No. 4:20-cv-597 |
| | ) |
| v. | ) |
| | ) |
| CITY OF ST. LOUIS, | ) |
| | ) |
| Defendant. | ) |

MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO
CONTINUE AND EXTEND

Plaintiff has moved to continue the preliminary injunction hearing and

extend the time for response to the motion to dismiss. ECF 30.

Defendant respectfully urges the Court to reject the delay in

responding to the motion to dismiss.  Dr. Echols's mistake in his testimony

does not alter the fact that he is a qualified expert in public health, nor does

it alter the reality that plaintiff's claim is now moot and that no viable

constitutional claim was pleaded in the first place.   This action should not

proceed further.  Nobody has a constitutional right to camp out in public

parks. *Clark v. Community for Creative Non-Violence,* 468 U.S. 1248

(1984).

Defendant suggests that briefing on the motion to dismiss should be completed as currently scheduled, but in no event later than May 18 so that the Court can consider whether a preliminary injunction hearing is even warranted.

Respectfully submitted,

JULIAN L. BUSH
CITY COUNSELOR

Michael A. Garvin 39817(MO)
Deputy City Counselor
/s/Robert H. Dierker 23671(MO)
Associate City Counselor
dierkerr@stlouis-mo.gov
1200 Market St.
City Hall, Rm 314
St. Louis, MO 63103
314-622-3361
Fax 314-622-4956